| | AUSA: | Robert Kuhn | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Kenton Weston | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

| United States of America | | Case: 2:26−mj−30328 |
|---|---|---|
| v. | | Assigned To : Unassigned |
| | | Assign. Date : 6/2/2026 |
| Dushawn Jayvon Dixon | Case No. | Description: RE: SEALED MATTER (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 29, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posssesion of a firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenton Weston, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 2, 2026_____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

### INTRODUCTION

1.      I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machinegun Conversion Device (MCD) Train the Trainer Course, Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accountancy from Western Michigan University.

2.      I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in over a hundred investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, and over two hundred and twenty-five arrests.

3.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4.      The ATF is currently conducting a criminal investigation concerning Dushawn DIXON (DOB: XX/XX/1994) for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).  Specifically, there is probable cause to believe that DIXON, convicted felon on court supervision, possessed a loaded Ruger Max-9 pistol at a party store on May 29, 2026, in the Eastern District of Michigan.

## PROBABLE CAUSE

### PROHIBITED STATUS

5.      A search of the Law Enforcement Information Network (LEIN) revealed:

   a. On February 7, 2020, in Michigan's 3rd Circuit Court, DIXON pleaded guilty to felony attempt to carry a concealed weapon.

   b. On March 5, 2024, in Michigan's 6th Circuit Court, DIXON pleaded nolo contendere to felony assault with intent to do great bodily harm and felony interfering with electronic communications.

2

6.     DIXON is currently on probation with the Michigan Department of Corrections and a convicted felon. Thus, DIXON is prohibited from possessing, purchasing, and manufacturing firearms and ammunition. Additionally, based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony, including the prohibition on possession firearms.

<u>DIXON'S ARREST</u>

7.     On May 29, 2026, at around 4:07 p.m. in the afternoon, Detroit Police Department (DPD) officers were traveling south on Pontchartrain Boulevard in Detroit, MI. The officers observed a male, later identified as DIXON, carrying a firearm protruding from the right pocket of his shorts and entering a North Park Party Store.  As the DPD officers turned their marked police car around to investigate, they observed DIXON briefly peeking out of the front door of the store. Seconds later, the officers entered the party store, located DIXON, and asked him three times if he had a concealed pistol license. He responded, grabbing his left pocket, "That's my phone." The officers observed the right pocket of DIXON's shorts to be empty and the inside liner sticking out, indicating that DIXON had discarded the firearm that the officers had just observed in that pocket. Beginning with the aisle that DIXON was standing in when the officers entered the party store, the officers began to search for the previously observed firearm. Moments later, officers observed and recovered a stolen Ruger Max-9 9mm, with serial number 350246807. The firearm was sitting in plain view, in a store box, and in the aisle immediately next to where DIXON was standing when officers first entered the

3

party store. The Ruger was loaded with one chambered, live round of ammunition and it was inside of a black pocket / waistband holster.

8.      DIXON was placed under arrest and transported to the Detroit Detention Center (DDC) without incident.

9.      I reviewed DPD camera footage that displayed DIXON'S interactions with the DPD officers and noted that, at the time the officers entered the party store and discovered the firearm, DIXON was the sole customer inside the small convenience area. As DIXON was transported to the DDC, he made several comments to DPD while in the rear of the marked DPD car. DIXON's statements included:

   a. "I can't believe this! I'm fucked, I am on probation";

   b. "As a felon you can't bear arms";

   c. "I can't bear arms to protect myself";

   d. "I'm cooked"; and

   e.  "Sometimes that Ruger, that 9 milly, is my best friend it's the only thing that makes me feel safe." Prior to this statement, I did not hear the DPD officers on the video identify the manufacturer of the recovered firearm.

NEXUS

10.     On June 1, 2026, I provided ATF Interstate Nexus expert Kara Klupacs a verbal description of the recovered firearm.  Based on Special Agent Klupacs's training and experience, the Ruger Max-9 pistol was manufactured outside the state of Michigan

4

and is a firearm as defined under 18 U.S.C. § 921(a)(3). Thus, the firearm had traveled in and affected interstate or foreign commerce.

## CONCLUSION

11. There is probable cause to believe that Dushawn DIXON knowingly committed violations of 18 U.S.C. §§ 922(g)(1) (Felon in Possession of a Firearm) within the Eastern District of Michigan on May 29, 2025.

Respectfully submitted,

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

Hon. David R. Grand
United States Magistrate Judge

Dated: June 2, 2026

5